**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**August 18, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

_____

JENNIFER RICHEY,

     Plaintiff - Appellant,

v.

CHARLES GOODWIN; UNITED
STATES COURTHOUSE,

     Defendants - Appellees.

No. 25-6106
(D.C. No. 5:25-CV-00719-R)
(W.D. Okla.)

_____

### ORDER AND JUDGMENT[*]
_____

Before **TYMKOVICH**, **BALDOCK**, and **FEDERICO**, Circuit Judges.[**]
_____

Plaintiff Jennifer Richey, appearing pro se throughout these proceedings, sued

Federal District Judge Charles Goodwin and the "United States Courthouse" in

Oklahoma City seeking damages in excess of $100 million for a violation of her civil

rights due to mental anguish and emotional distress. In a short written order, the

district court dismissed Plaintiff's complaint *sua sponte* on the basis of absolute

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

judicial immunity. Plaintiff appeals. We exercise jurisdiction under 28 U.S.C. § 1291, deny Plaintiff's motion under 28 U.S.C. §1915(a)(1) to proceed *in forma pauperis* (*IFP*), and dismiss the appeal as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff's current complaint arises out of another lawsuit she brought in Federal District Court. Judge Goodwin dismissed that employment discrimination suit without prejudice because Plaintiff failed to timely effect service. On direct appeal, Plaintiff unsuccessfully claimed she was entitled to a default judgment. *See Richey v. American Bldg. Maint.*, 2025 WL 304293 (10th Cir. 2025) (unpublished). Now back before us, Plaintiff claims "Judge Goodwin showed bias over my case[]" and "played mental tricks on me."

We have carefully reviewed Plaintiff's current complaint, her appellate brief, and the entire record before us. Where a district court has properly analyzed a matter, for us to write at length makes little sense. Suffice to say the district court was correct in dismissing Plaintiff's current complaint as barred by absolute judicial immunity. Accordingly, we agree with the district court's order of dismissal for the reasons stated therein. Because Plaintiff's appeal is frivolous, we deny her motion for leave to proceed on appeal *IFP* and dismiss her appeal as frivolous.

Motion to proceed *IFP* DENIED.

Appeal DISMISSED.

Entered for the Court


Bobby R. Baldock
Circuit Judge